# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2014

### NO. 03-14-00294-CV

**Michael E. Killebrew, Jr., Appellant**

**v.**

**BKE Investments, Inc.; Merscorp Holdings, Inc.; and Everbank, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on February 3, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.